ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Modus Operandi, Inc. | ) ASBCA No. 62639 |
| | ) |
| Under Contract No. FA7022-17-D-0005 | ) |

APPEARANCE FOR THE APPELLANT:      Michael A. Killham, Esq.
                                                              Counsel

APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter III, Esq.
                                                                     Air Force Deputy Chief Trial Attorney
                                                                   Isabelle P. Cutting, Esq.
                                                                     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal regarding alteration of a Contractor Performance Assessment Report is dismissed as moot.

Dated:  August 30, 2023

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62639, Appeal of Modus Operandi, Inc., rendered in conformance with the Board's Charter.

Dated:  August 31, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals